√# 121  #1278987

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

FILED
2009 SEP 14 PM 3:18
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| In the matter of: | Case No. 08-34575 |
|---|---|
| MARSHALL, MICHAEL LEWIS<br>MARSHALL, PENNY MARIE | Chapter 7 |
| | Judge MARY ANN WHIPPLE |
| Debtors. | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 121 in the amount of $1.79.

The dividend relates to the following claimant:

| **Claimant** | **Amount** |
|---|---|
| United Telephone Company of Ohio<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | $     1.79 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437